Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 3

| | |
|---|---|
| BLUESCOPE STEEL LTD.,<br>BLUESCOPE STEEL AMERICAS, INC.,<br><br>                                                  Plaintiffs,<br><br>               v.<br><br>UNITED STATES,<br><br>                                                  Defendant. | SUMMONS<br><br>Court No. 21-00509 |

**TO:**   The Attorney General, and the U.S. Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the U.S. Department of Commerce's determination described below.

/s/ **Mario Toscano**
Clerk of the Court

1. Plaintiff BlueScope Steel Ltd. is foreign producer and/or exporters of subject merchandise. BlueScope Steel Americas, Inc. is a U.S. importer of subject merchandise. Plaintiffs BlueScope Steel Ltd. and BlueScope Steel Americas, Inc. (collectively "BlueScope") are therefore interested parties as defined in section 771(9)(A) and 516A(f)(3) of the Tariff Act of 1930 (as amended), 19 U.S.C. §§ 1677(9)(A) and 1516a(f)(3). Plaintiffs participated fully in the proceeding being challenged.

    Accordingly, Plaintiffs have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
    (Name and standing of plaintiff)

2. Plaintiffs contest the Commerce Department's determination as published in *Certain Hot-Rolled Steel Flat Products From Australia: Final Results of Antidumping Duty Administrative Review and Final Rescission of Review, in Part; 2018-2019*, 86 Fed. Reg. 47,054 (Aug. 23, 2021); Issue and Decision Memorandum dated August 17, 2021.
    _____
    (Brief description of contested determination)

1

3. <u>August 17, 2021 (Date of Commerce's Issues and Decision Memorandum)</u>
   (Date of determination)

                       <u>/s/ Daniel L. Porter</u>

                       Daniel L. Porter

                       Curtis, Mallet-Prevost, Colt & Mosle LLP
                       1717 Pennsylvania Ave. N.W.
                       Washington, D.C. 20006
                       Tel. (202) 452-7373

                       *Counsel for Plaintiffs*

September 10, 2021

## SERVICE OF SUMMONS BY THE CLERK

This Summons is being served on the following:

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
26 Federal Plaza
New York, NY 10278


Office of the Secretary of Commerce
c/o Robert Heilferty, Esq.
Chief Counsel for Trade Enforcement and Compliance
**U.S. DEPARTMENT OF COMMERCE**
14th Street and Constitution Avenue, N.W.
Washington, DC 20230


Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 480
Ben Franklin Station
Washington, DC 20444

**/s/ Mario Toscano**
Clerk of the Court
