## UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: The Honorable Richard K. Eaton, Judge**

<table>
<tr><td>BLUESCOPE STEEL LTD.;<br>BLUESCOPE STEEL AMERICAS, INC.</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td style="text-align:center"><em>Plaintiffs</em>,</td><td>)<br>)</td><td></td></tr>
<tr><td style="text-align:center">v.</td><td>)<br>)</td><td>Consol. Court No. 21-00509</td></tr>
<tr><td>UNITED STATES,</td><td>)<br>)</td><td></td></tr>
<tr><td style="text-align:center"><em>Defendant</em>,</td><td>)<br>)</td><td></td></tr>
<tr><td>UNITED STATES STEEL CORPORATION<br>SSAB ENTERPRISES, LLC<br>STEEL DYNAMICS, INC.</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td style="text-align:center"><em>Intervenor-Defendants.</em></td><td>)<br>)</td><td></td></tr>
</table>

### PLAINTIFFS' CONSENT MOTION TO SEVER AND DISMISS

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, Plaintiffs BlueScope Steel Ltd. and BlueScope Steel Americas (jointly, "BlueScope") respectfully moves this court for an order severing and dismissing it as a plaintiff to the above captioned action.

Accordingly, BlueScope respectfully requests that this court take the following steps to facilitate a speedy resolution by first severing *BlueScope Steel Ltd. et al v. United States*, No. 21-509 from *United States Steel Corp. v. United States*, No. 21-528 and second dismissing *BlueScope Steel Ltd. et al v. United States*, No. 21-509.

Additionally, we respectfully request this Court dissolve the court order for injunction, ECF 12, dated October 5, 2021 suspending liquidation for certain entries made between October

1, 2018 and September 30, 2019.

      **WHEREFORE**, it is respectfully requested by plaintiffs, BlueScope that its motion be granted and that it be severed and dismissed as a plaintiff to this action.

Respectfully submitted,

/s/ Daniel Lewis Porter

Daniel Lewis Porter
Christopher A. Dunn
James C. Beaty
Ana M. Amador
**CURTIS, MALLET-PREVOST,**
**COLT & MOSLE LLP**
1717 Pennsylvania Avenue, NW.
Suite 1300
Washington, DC 20006
Phone: (202) 452-7325
Fax: (202) 452-7333
Email: dporter@curtis.com
*Counsel to BlueScope Steel Ltd., and*
*BlueScope Steel Americas, Inc.*

Dated:  February 4, 2022